UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARNELL A. LEAVY, J13312,

Plaintiff,

v.

J. OSEGUERA, et al.,

Defendant(s).

Case No. 25-cv-03585-CRB (PR)

**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND AND DISMISSING MISCELLANEOUS MOTIONS WITHOUT PREJUDICE**

(ECF Nos. 11, 12, 14, 19 & 20)

Plaintiff Carnell A. Leavy, a prisoner at Pelican Bay State Prison (PBSP), filed a pro se complaint under 42 U.S.C. § 1983 alleging that on June 24, 2024, while he was at San Quentin Rehabilitation Center (SQRC), SQRC Correctional Officer John Doe #2 used excessive force when he hit plaintiff's right hand with a baton three to four times while SQRC correctional officers John Doe #1, Tran, Grimes, and Oseguera failed to intervene. Compl. (ECF No. 1) at 8-12.

On November 11, 2025, the court (Westmore, M.J.) screened the complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable Eighth Amendment claim, "relating to the use of excessive force against Defendant John Doe #2 as well as the failure to intervene against Defendants Tran, Grimes, and Oseguera and John Doe #1." Nov. 11, 2025, Order (ECF No. 7) at 5. The court ordered Defendants Tran, Grimes, and Oseguera served, and warned plaintiff that failure to identify the Doe defendants would result in their dismissal without prejudice.

On February 4, 2026, the case was reassigned to the undersigned. ECF No. 17.

Currently before the court for decision there are several motions by the parties, including plaintiff's motion for leave to amend/correct the complaint to add as a named defendant Correctional Officer Djonorh, who plaintiff briefly mentions in the body of the complaint but does not include in the caption of the complaint or its list of defendants. Good cause appearing,

United States District Court
Northern District of California

plaintiff's motion for leave to amend/correct the complaint (ECF No. 12) is GRANTED.  The complaint accordingly is dismissed with leave to amend, as indicated above, within 28 days of this order.  The pleading must be simple and concise (not more than 10 pages) and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page.  Failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

Plaintiff is advised that the amended complaint will supersede the original complaint and all other pleadings.  Claims and defendants not included in the amended complaint will not be considered by the court.  See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

Plaintiff's motion to appoint counsel (ECF No. 11), motion to compel discovery (ECF No. 14) and motion for leave to file (ECF No. 19) are DISMISSED without prejudice to renew after the amended complaint is filed and screened, if needed.  And defendants' motion for an extension of time to file an answer to the original complaint (ECF No. 20) is DISMISSED as moot.

The clerk is instructed to terminate the motions appearing on ECF as items number 11, 12, 14, 19 and 20, terminate all current filing deadlines, and set a new amended complaint filing deadline for 28 days from the date of this order.

**IT IS SO ORDERED**.

Dated:  February 24, 2026

_____
CHARLES R. BREYER
United States District Judge