UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARNELL A. LEAVY, J13312,

        Plaintiff,

      v.

J. OSEGUERA, et al.,

        Defendant(s).

Case No. 25-cv-03585-CRB  (PR)

**ORDER REGARDING OBJECTION TO FEBRUARY 24, 2026, ORDER**

(ECF No. 22)

On February 24, 2026, the court granted plaintiff's motion for leave to amend/correct the complaint to add as a named defendant Correctional Officer Djonorh, who plaintiff briefly mentions in the body of the complaint but does not include in the caption of the complaint or its list of defendants, and dismissed plaintiff's other motions without prejudice to renewing after the amended complaint is filed and screened, if needed.

Plaintiff's "objection" to the court's February 24, 2026, order (ECF No. 22) is construed as a motion for reconsideration and DENIED for lack of merit.

Failure to file a proper amended complaint – as set forth in the court's February 24, 2026, order – by April 3, 2026, will result in the dismissal of this action.

**IT IS SO ORDERED**.

Dated: March 17, 2026

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California