UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARNELL A. LEAVY, J13312,

        Plaintiff,

    v.

J. OSEGUERA, et al.,

        Defendant(s).

Case No. 25-cv-03585-CRB  (PR)

**ORDER OF DISMISSAL**

On February 24, 2026, the court granted plaintiff's motion for leave to amend/correct the complaint to add as a named defendant Correctional Officer Djonorh, who plaintiff briefly mentions in the body of the complaint but does not include in the caption of the complaint or its list of defendants, and dismissed plaintiff's other motions without prejudice to renewing after the amended complaint is filed and screened, if needed.

On March 17, 2026, the court construed plaintiff's objection to the court's February 24, 2026, order as a motion for reconsideration and denied it for lack of merit. The court also warned plaintiff that "[f]ailure to file a proper amended complaint – as set forth in the court's February 24, 2026, order – by April 3, 2026, will result in the dismissal of this action." Mar. 17, 2026, Order (ECF No. 23) at 1.

More than two weeks have passed since April 3, 2026, and plaintiff has not filed a proper amended complaint or sought an extension of time to do so. Accordingly, this action is DISMISSED, and the clerk is instructed to close the case.

    **IT IS SO ORDERED**.

Dated: April 22, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California